IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Jay Harris,**
Plaintiff,

v.

**Pinellas County, Florida,**
Defendant.

OCT 23 2024 PM 1:24
FILED - USDC - FLMD - TPA

8:24 cv 2459 TPB-TGW

Civil Action No.

# COMPLAINT FOR VIOLATION OF TITLE II OF THE AMERICANS WITH DISABILITIES ACT (ADA) AND SECTION 504 OF THE REHABILITATION ACT OF 1973

**Plaintiff, Jay Harris,** files this complaint against **Pinellas County, Florida,** under **Title II of the Americans with Disabilities Act (ADA)** and **Section 504 of the Rehabilitation Act of 1973,** for failing to provide adequate communication accommodations during court hearings, his arrest and detainment, and a training session, resulting in **discrimination based on his deafness.**

## I. PARTIES

1. **Plaintiff:** Jay Harris is a resident of **Palm Harbor, Florida**, residing at **4825 Hummingbird Trl, Palm Harbor, FL 34683**. He is a qualified individual with a disability, specifically **deafness**, which requires communication accommodations such as qualified interpreters under both the **Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act of 1973**.
2. **Defendant:** Pinellas County, Florida, operates the **Pinellas County Courthouse** and related public services, which are responsible for ensuring compliance with **Title II of the ADA** and **Section 504 of the Rehabilitation Act** by providing effective communication accommodations for individuals with disabilities, including deafness.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to **28 U.S.C. § 1331, 42 U.S.C. § 12133, and 29 U.S.C. § 794(a)**, as the case arises under both the **Americans with Disabilities Act (ADA)** and **Section 504 of the Rehabilitation Act of 1973**.
4. Venue is proper in this District under **28 U.S.C. § 1391(b)** because the events or omissions giving rise to this claim occurred in **Pinellas County, Florida**, which is located within the jurisdiction of the **Middle District of Florida, Tampa Division**.

## III. FACTUAL BACKGROUND

5. **Plaintiff, Jay Harris**, is a **deaf individual** who requires **qualified American Sign Language (ASL) interpreters** to communicate effectively in legal and judicial settings, as well as in public services provided by or in conjunction with Pinellas County.
6. Under both **Title II of the ADA** and **Section 504 of the Rehabilitation Act**, Defendant is required to provide **effective communication accommodations** to individuals with disabilities, including **qualified interpreters**, in public services such as court hearings, legal proceedings, and training sessions.
7. **Defendant, Pinellas County**, failed to provide Mr. Harris with effective communication accommodations during several key legal events and a training session, as outlined below, which resulted in **discrimination based on his deafness** in violation of **both Title II of the ADA and Section 504 of the Rehabilitation Act**.

## IV. SPECIFIC VIOLATIONS

### A. Failure to Provide Interpretation During Court Hearings

8. On the following dates, **Mr. Harris was denied effective communication** due to the absence or failure of qualified interpreters:
    - **March 14, 2022, at 10:30 AM**
    - **May 17, 2022**
    - **July 28, 2022, at 9:30 AM**
    - **June 15, 2023**
    - **September 23, 2024**

8. On **August 21, 2024**, at **9:00 AM**, at the **Pinellas County Courthouse** (14250 49th St. N, Clearwater, FL 33762), Mr. Harris attended a court hearing for **Case Number 24-005531-FD**. Although two ASL interpreters were initially present, they **left midway through the proceedings** without prior notice, citing that they had "other appointments."

This caused the hearing to be interrupted, as the judge attempted to find replacement interpreters but was unsuccessful, leading to the hearing being rescheduled.

9. During each of Mr. Harris's hearings at the **Pinellas County Courthouse,** no qualified interpreter was provided, or the interpreters were not available, causing significant delays and **denying Mr. Harris's right to fully participate** in his defense.
10. On **multiple occasions**, Mr. Harris made formal requests for an **interpreter** for Mr. Harris's hearings, but Pinellas County failed to provide one or respond adequately.
11. **As a result of the lack of accommodations,** Mr. Harris was denied effective communication, which constitutes **discrimination** under both **Title II of the ADA** and **Section 504 of the Rehabilitation Act,** as it **denied him equal access** to the judicial services provided by Pinellas County.

### B. Misinformation and Technical Issues During Court Hearing on September 18, 2023

11. During a court hearing on **September 18, 2023,** the assigned interpreter, **Rosalind Gillis,** faced technical issues including **screen freezes** and **poor lighting,** making it impossible for Mr. Harris to fully understand the legal proceedings.
12. Additionally, Ms. Gillis's interpretation was incomplete and rushed, with **misinterpretation of legal terminology,** causing confusion and impairing Mr. Harris's ability to comprehend important information about his defense.
13. These issues resulted in **discriminatory treatment,** as Mr. Harris was not given the same access to legal proceedings as non-disabled individuals, violating both **Title II of the ADA and Section 504 of the Rehabilitation Act.**

### C. Inadequate Interpretation Services During Court Hearing on August 28, 2024

14. On **August 28, 2024,** during a hearing for **Case Number 24-005531-FD** at the **Pinellas County Courthouse,** the interpreter, **Jessica,** provided **substandard interpretation services,** resulting in **major communication issues.**
15. **Jessica** demonstrated an inability to keep up with Mr. Harris's signing and repeatedly interrupted proceedings to ask for clarifications, causing confusion and delays.
16. **Jessica failed to swear under oath** prior to providing interpretation services, raising serious concerns about the **integrity and reliability** of her interpretations.
17. Jessica's **lack of expertise in legal terminology** and unprofessional conduct during the hearing further exacerbated Mr. Harris's difficulties in effectively participating in his legal defense, resulting in **discrimination due to his deafness,** in violation of **both Title II of the ADA and Section 504 of the Rehabilitation Act.**

### D. Arrest Without Communication Access (June 30, 2024)

18. On **June 30, 2024, Mr. Harris was arrested without an interpreter present.** He was not informed of his rights, the charges against him, or the circumstances of his arrest, resulting in significant distress and confusion.

19. **While in detainment**, Mr. Harris was denied access to a **VideoPhone** or any other effective communication device, and was instead forced to use an **outdated and non-functioning TTY device**, which he was unfamiliar with. This further violated his rights under **both Title II of the ADA and Section 504 of the Rehabilitation Act**.
20. The **failure to provide proper communication access** during his arrest and detention caused significant **emotional distress** and **legal prejudice**, further compounding the **discrimination based on his deafness**.

### E. No Interpreter for Realauction Training on October 14, 2021

21. On **October 14, 2021**, at **2:00 PM**, Mr. Harris was scheduled to attend a training session for **Realauction auction**, which was a **third-party service** connected with **Pinellas County**.
22. **Mr. Harris made a request for an interpreter for the training session**, but Pinellas County and Realauction **failed to provide one**, which resulted in Mr. Harris being **unable to fully participate in the training session**.
23. This failure to accommodate his request for an interpreter **violated Mr. Harris's rights under both Title II of the ADA and Section 504 of the Rehabilitation Act**, and constitutes **discrimination based on his deafness**, as it denied him equal access to participate in the **auction training** provided in collaboration with Pinellas County.

### F. Inadequate Interpretation Services During Court Hearings

24. One of the interpreters, **Valerie**, demonstrated a **lack of proficiency** in legal interpreting. Mr. Harris observed multiple instances where her interpretations were unclear, requiring clarifications, and her knowledge of basic legal vocabulary was insufficient. Valerie also showed **bias** against Mr. Harris, inaccurately interpreting statements.

### G. Financial Loss Due to Lack of Communication Accommodations

25. In addition to the legal violations, Mr. Harris experienced **financial loss** related to a **missed auction opportunity**, where no interpreter was provided. This significantly affected his ability to participate in an **auction workshop**, resulting in monetary damage.

## V. LEGAL CLAIMS

25. Defendant's failure to provide Mr. Harris with **effective communication access** during legal proceedings, his arrest, and the training session constitutes violations of both **Title II of the Americans with Disabilities Act (42 U.S.C. § 12131 et seq.) and Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794)**.
26. Defendant's actions resulted in **discrimination based on Mr. Harris's deafness**, which denied him equal access to public services and caused significant **emotional distress**,

**financial harm**, and **legal prejudice**, which have significantly impacted his ability to defend himself in court and maintain financial stability.

## VI. PRAYER FOR RELIEF

Wherefore, Plaintiff **Jay Harris** respectfully requests that this Court grant the following relief:

1. A **declaration** that the actions of Defendant violated Plaintiff's rights under **Title II of the ADA** and **Section 504 of the Rehabilitation Act** by failing to provide adequate communication accommodations and **discriminating based on his deafness**;
2. An **injunction** ordering Defendant to provide qualified and effective interpreters in all future legal proceedings and public services involving Plaintiff, including third-party services affiliated with the County;
3. **Monetary damages** for the emotional distress, financial loss, and legal harm caused by Defendant's violations of the ADA and the Rehabilitation Act;
4. Compensation for **attorneys' fees**, litigation costs, and other related expenses;
5. Any other relief the Court deems just and proper.

Respectfully submitted,

*Jay Harris*
Jay Harris
Plaintiff (Pro Se)
4825 Hummingbird Trl
Palm Harbor, FL 34683
jayharris.asl@gmail.com

**Exhibits Attached:**

- **Exhibit A: Notice of Hearing on March 14, 2022**
- **Exhibit B: Emails of Requesting Interpreters and Failure to Provide One**
- **Exhibit C: Notice of Hearing Rescheduled to July 28, 2022**
- **Exhibit D: Notice of Rescheduled Hearing Without Interpreters**
- **Exhibit E: Notice of Change Time**
- **Exhibit F: Rescheduled Hearing Without Interpreters to October 14, 2024**

**Exhibit A**

IN THE COURT IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION CASE NO.: 2019-000813-CO

RIDGEMOOR MASTER ASSOCIATION, INC.,
        Plaintiff,

vs.

JESSE W. MAURO,
        Defendant(s).
_____/

## NOTICE OF HEARING

| Matter to be Heard | Third Party Bidder's Motion to Intervene filed on 1/24/2022 |
|---|---|
| Date, Time (Duration) | March 14, 2022, at 10:30 AM (30 minutes) |
| Judge | The Honorable Susan Bedinghaus<br>County Civil Division<br>Clearwater Historic Courthouse<br>324 S. Ft. Harrison Avenue, Room 142<br>Clearwater, FL 33756 |
| Manner of Hearing | Zoom:<br><br>Join Zoom Hearing<br>https://zoom.us/j/99161793845?pwd=YThOcFBMMWx5MHNKLzhRVmdiT09uQT09<br><br>Meeting ID: 991 6179 3845<br>Passcode: 494816<br><br>Dial by your location<br>    +1 786 635 1003 US (Miami)<br>Find your local number: https://zoom.us/u/ab6cEVUKd5 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February 2022, a copy of the foregoing was furnished via U.S. Mail to: Jesse Mauro, 4113 Daventry Lane, Palm Harbor, FL 34685; Jay Harris at 4825 Hummingbird Trail, Palm Harbor, FL 34683

                                            /s/Gregory S. Grossman, Esq.
                                            NATHAN A. FRAZIER, Esq., For the Firm
                                            Florida Bar No.: 92385
                                            pleadings@frazierbowles.com
                                            FRAZIER & BOWLES, ATTORNEYS AT LAW
                                            Telephone No.: (813) 603-8600
                                            *Attorney for Plaintiff*

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Human Rights, 400 S. Fort Harrison Ave., Suite 500, Clearwater, FL 33756; (727)464-4062 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**



**RIDGEMOOR MASTER ASSOCIATION INC VS JESSE MAURO 19-000813-CO/3RD PARTY BIDDERS MTN FOR ISSUANCE OF TITLE/MOTION TO WITHDRAW**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Jay Harris** <jayharris.asl@gmail.com>　　　　　　　　　　May 17, 2022, 10:53 AM

to Shannon

Hello Shannon,

As I showed up to the hearing on the zooom meeting today at 10:30 AM, there was no sign language interpreter. I did not receive any information and what they said in the hearing. It was not accessible for me as a disabled person. I look forward to your response to this matter.

Respectfully,
Jay Harris

skarczewski@jud6.org



**Karczewski, Shannon** <skarczewski@jud6.org>　　　　　　May 17, 2022, 11:02 AM

to Ashton, me

I previously advised you on 2/28 that you would need to request the interpreter through the court's website.  They have advised us that no such request was made.  I just sent you and  Mr. Rooks an e-mail with the information from hearing this morning.  In addition, I provided the link for information about obtaining an interpreter.

[Sixth Judicial Circuit of Florida - Pinellas and Pasco Counties - Interpreters (jud6.org)](https://jud6.org)

**From:** Jay Harris <jayharris.asl@gmail.com>
**Sent:** Tuesday, May 17, 2022 10:53 AM
**To:** Karczewski, Shannon <skarczewski@jud6.org>
**Subject:** RIDGEMOOR MASTER ASSOCIATION INC VS JESSE MAURO 19-000813-CO/3RD PARTY BIDDERS MTN FOR ISSUANCE OF TITLE/MOTION TO WITHDRAW

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--



**Jay Harris** <jayharris.asl@gmail.com>

Tue, May 17, 2022, 11:09 AM

to Shannon

Below showing that I have requested, the false statement as they said that they have not received any request from me that needs to be addressed.

---------- Forwarded message ----------
**From: Jay Harris** <jayharris.asl@gmail.com>
Date: Thu, Mar 3, 2022 at 9:40 AM
Subject: Fwd: RIDGEMOOR MASTER ASSOCIATION INC VS JESSE MAURO 19-000813-CO/3RD PARTY BIDDERS MTN FOR ISSUANCE OF TITLE
To: <interpreterpinellas@jud6.org>

Request ASL Interpreter, See below and attached.

Thanks,
Jay Harris

**Success**

Your ADA Accommodation Request Form has been successfully submitted. Thank you for your time.

🖶 Printable Receipt
Reference #: 23445055

---------- Forwarded message ---------
From: **Section41** <section41@jud6.org>
Date: Mon, Feb 28, 2022 at 11:42 AM
Subject: RIDGEMOOR MASTER ASSOCIATION INC VS JESSE MAURO 19-000813-CO/3RD PARTY BIDDERS MTN FOR ISSUANCE OF TITLE
To: jayharris.asl@gmail.com <jayharris.asl@gmail.com>

Judge Bedinghaus is inviting you to a scheduled Zoom Hearing.
RIDGEMOOR MASTER ASSOCIATION INC VS JESSE MAURO 19-000813-CO/3RD PARTY BIDDERS MTN FOR ISSUANCE OF TITLE

Join Zoom Hearing
https://zoom.us/j/99161793845?pwd=YThOcFBMMWx5MHNKLzhRVmdiT09uQT09

Meeting ID: 991 6179 3845
Passcode: 494816

Dial by your location
    +1 786 635 1003 US (Miami)
Find your local number: https://zoom.us/u/ab6cEVUKd5

Filing # 146099797 E-Filed 03/21/2022 02:57:09 PM

IN THE COURT IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION CASE NO.: 2019-000813-CO

**RIDGEMOOR MASTER ASSOCIATION, INC.,**
        Plaintiff,

vs.

**JESSE W. MAURO,**
        Defendant(s).

## NOTICE OF HEARING

| | |
|---|---|
| Matter to be Heard | Third Party Bidder's Motion to Intervene filed on 1/24/2022 |
| Date, Time (Duration) | May 17, 2022, at 10:30 AM (30 minutes) |
| Judge | The Honorable Susan Bedingbaus<br>County Civil Division<br>Clearwater Historic Courthouse<br>324 S. Ft. Harrison Avenue, Room 142<br>Clearwater, FL 33756 |
| Manner of Hearing | Zoom;<br><br>Join Zoom Hearing<br>https://zoom.us/j/96551197924?pwd=a2tFb3IncktPbTTTOEhYNnpPNl/EZz09<br><br>Meeting ID: 965 5119 7924<br>Passcode: 093383<br><br>Dial by your location<br>  +1 786 635 1003 US (Miami)<br>Find your local number: https://zoom.us/u/adiXtKEHq7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2022, a copy of the foregoing was furnished via electronic mail to Jessica Krassner, Esq., at jessica@flight13.com and service@flight13.com

s/Gregory S. Grossman, Esq.
NATHAN A. FRAZIER, Esq., For the Firm
Florida Bar No.: 92385
pleadings@frazierbowles.com
FRAZIER & BOWLES, ATTORNEYS AT LAW
Telephone No.: (813) 603-8840
*Attorney for Plaintiff*

**Exhibit C**

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION CASE NO.: 2019-000813-CO

**RIDGEMOOR MASTER ASSOCIATION, INC.,**
    Plaintiff,

vs.

**JESSE W. MAURO,**
    Defendant(s).
_____/

## NOTICE OF VIDEO HEARING

| Matter to be Heard | Plaintiff's Motion to Disburse filed on 4/25/2022 |
|---|---|
| Date, Time (Duration) | July 28, 2022, at 9:30 AM |
| Judge | The Honorable Judge Susan Bedinghaus<br>County Civil Division Section 41<br>Clearwater Historic Courthouse<br>324 South Fort Harrison Avenue<br>Clearwater, FL 33756 |
| Manner of Hearing | Join Zoom Hearing<br>https://zoom.us/j/98189463647?pwd=Zk1NMy9Hc3hQOTFqODJRek4wNWtoUT09<br><br>Meeting ID: 981 8946 3647<br>Passcode: 947510<br><br>Dial by your location<br>    +1 786 635 1003 US (Miami)<br>Find your local number: https://zoom/u/abDUNFKL8z |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2022, a copy of the foregoing was furnished via U.S. Mail to: Jesse Mauro, 4113 Daventry Lane, Palm Harbor, FL 34685.

> /s/Gregory S. Grossman, Esq.
> NATHAN A. FRAZIER, ESQ.
> FBN: 92385
> GREGORY S. GROSSMAN, Esq., For the Firm
> FBN: 0044068
> pleadings@frazierbowles.com
> FRAZIER & BOWLES, ATTORNEYS AT LAW
> Telephone No.: (813) 603-8600
> *Attorney for Plaintiff*

45255.08

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Human Rights, 400 S. Fort Harrison Ave., Suite 500, Clearwater, FL 33756; (727)464-4062 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711

**Exhibit D**

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

RIDGEMOOR MASTER ASSOCIATION, INC.,

        Plaintiff,

v.

JESSE W. MAURO,

        Defendant.
_____/

Case No.: 19-000813-CO

Section: 41

### NOTICE OF RE-SCHEDULED HEARING

PLEASE TAKE NOTICE that the above-styled cause will be brought on for hearing before The Honorable Susan P. Bedinghaus, and will take place via ZOOM as follows:

DATE: **MONDAY, SEPTEMBER 18, 2023**

TIME: 1:30 p.m. (1 hour reserved)

MATTER:
- NR Bouquet Property Management, LLC's Motion to Intervene
and
- Joint Motion to Set Aside Foreclosure Sale, and Vacate Certificate of Sale, and Vacate Certificate of Title

The Court's ZOOM link is:
Join Zoom Meeting
https://zoom.us/j/93442668992?pwd=amlBN2pxUWt5S3JWVWE1VjhINFZiUT09

Meeting ID: 934 4266 8992
Passcode: 571454

Dial by your location
    +1 786 635 1003 US (Miami)
Find your local number: https://zoom.us/u/aqxejQGFB

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Filed on this 30th day of June, 2023.

/s/Kelly D. Haywood
Kelly D. Haywood
Florida Bar No. 16600
E-mail 1: khaywood@bhpalaw.com
E-mail 2: pleadings@brandonbusinesslaw.com
Bivins & Hemenway, P.A.
1060 Bloomingdale Avenue
Valrico, Florida 33596
(813) 643-4900 Telephone
(813) 643-4904 Facsimile
*Attorney for NR Bouquet Property Management, LLC*

## ADA Notice

**If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 500, Clearwater, Florida 33756, Phone: (727) 464-4062 (V/TDD), or 711 for the hearing impaired. Contact should be initiated at least seven (7) days before the scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days.**

# Exhibit E

## TIME OF COURT for Monday 9/23/24 CHANGE

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Heusser, Steven**　　　　　　　　　　　　　　　　　　　　Fri, Sep 20, 1:46 PM

to me

Mr. Harris, due to the lack of Court certified sign language interpreters, we have had to MOVE the time of your Court date to 1:30pm.

The date and the location of Court have NOT changed. Again though, the TIME of the Court hearing has changed to 1:30pm.

Best,

> Steven Heusser
> Assistant Public Defender
>
> **Law Offices of Sara B. Mollo**
> **Public Defender, Sixth Judicial Circuit**
>
> 14250 49th Street North
> Clearwater, FL 33762
>
> **Office:** 727.464.6545
> **Main:**　 727.464.6516
> **Email:** stevenheusser@flpd6.gov

# CIRCUIT COURT, PINELLAS COUNTY, FLORIDA
## FELONY DIVISION

**Exhibit F**

Pinellas County Justice Center
14250 49th Street North
Clearwater, Florida 33762
Phone: (727) 464-7000
09/24/2024

STATE OF FLORIDA vs. HARRIS, JAY
Division I
UCN: 522024CF006135000APC

PID: 310474981
CASE NUMBER: 24-06135-CF

CHARGE(s):
MORTGAGE FRAUD (1 COUNT)

### NOTICE OF FELONY PRE-TRIAL HEARING

***** PLEASE BRING THIS NOTICE WITH YOU *****
***** APPROPRIATE ATTIRE REQUIRED *****

**The above case is set at 1:30 PM on Monday, October 14, 2024. In Courtroom 2, 4th Floor, at the Pinellas County Justice Center, 14250 49th Street North, Clearwater, Florida 33762.**
To receive free courtesy text or email reminders for case hearings, please register at enotify.flcourts.org.

All interested parties listed on the reverse side are notified of said PRE-TRIAL date.
You are further notified that attorney's fees and mandatory and discretionary costs may be imposed against you. If you are requesting appointment of a Public Defender, you must bring a $50.00 fee to this hearing. If you fail to appear as required by this court notice, and are not currently in custody, a warrant will be issued for your arrest, and your Release-On-Recognizance (ROR) will be revoked or your surety or cash bond will be estreated. If you are represented by an attorney, please contact them regarding this notice.

*** NOTICE ***
If you need a foreign language interpreter for this hearing, please call (727) 453-7177. Si usted necesita un interprete el dia de su cita en la corte, favor de llamar al (727) 453-7177.

*** See the reverse side for disability accommodation information. ***

JAY HARRIS
4825 HUMMINGBIRD TRAIL
PALM HARBOR, FL 34683



KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

BONDSMAN/DEPOSITOR    MS SPEEDYS BAIL BONDS LLC

## ATTENTION



YOU WILL BE REQUIRED TO CONTACT THE CLERK OF COURT'S OFFICE IMMEDIATELY AFTER YOUR HEARING TO MAKE PAYMENT ARRANGEMENTS.

Payments shall be made in cash, check, credit card or money order made payable to the Pinellas County Clerk of Court.

Pay with your phone now!



**Payment Options:**

Internet - www.mypinellasclerk.gov

**Automated Phone Payments** (727) 464-4846
(Payments made by credit or debit cards are charged a 3.5% convenience fee.)

AMSCOT accepts only cash payments – A $2.00 service charge will apply.

**Mail Payments or Correspondence to:**
Pinellas County Justice Center
14250 49th St. North
Clearwater, FL 33762

Checks or Money Orders shall be made payable to the **Pinellas County Clerk of the Circuit Court** and shall include the **Defendants Name and Case Reference Number.**

**Pay in Person at:**

| Pinellas County Justice Center | St. Petersburg Branch | North County Branch Office |
|---|---|---|
| 14250 49th St. North | 545 1st Ave N, Room 153 | 29582 US Highway 19 North |
| Clearwater, FL 33762 | St Petersburg, FL 33701 | Clearwater, FL 33761 |

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**